AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Eastern District of Texas



United States of America
v.

Nathan Taylor (1) and Michele Renea Sewell (2)

*Defendant(s)*

Case No. 4:25-MJ-118

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 2020, to the present__ in the county of __Fannin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with the Intent to Manufacture and Distribute and Distribution of Methamphetamine |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

SA Makinley Ott DEA
*Printed name and title*

*Judge's signature*

Date: 4/25/2025

City and state: Sherman, Texas

Aileen Goldman Durrett, U.S. Magistrate Judge
*Printed name and title*