UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | CASE NUMBER 4:25MJ118 |
| § § § | |
| NATHAN TAYLOR (1) § | |

## ORDER

The Defendant's initial appearance was held on April 25, 2025. Pursuant to Federal Rule of Criminal Procedure 5.1, the court conducted a preliminary hearing on April 25, 2025. Defendant executed a waiver at hearing. Based on the signed waiver, the court finds that there is probable cause to believe that an offense has been committed and that Defendant, NATHAN TAYLOR, should be held over to answer to the grand jury.

**IT IS SO ORDERED**.

Signed April 25, 2025.

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE