UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § <br> § |
| v. | § CASE NUMBER 4:25MJ118 <br> § <br> § |
| NATHAN TAYLOR (1) | § |

## ORDER OF DETENTION

The court held a hearing to consider the matter of Defendant's detention pending trial. Defendant waived their right to a detention hearing. It is therefore

ORDERED that the Defendant is detained pending trial without prejudice to him re-raising the issue of pretrial detention if circumstances change.

Signed April 25, 2025.

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE